UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOSE A. PRADO,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant. | Case No. 5:12-cv-03945 PSG<br><br>MAGISTRATE JUDGE PAUL S. GREWAL<br>COURTROOM 5<br><br>[PROPOSED] ORDER PERMITTING FEDERAL EXPRESS CORPORATION'S USE OF ITS ELECTRONIC EQUIPMENT AT TRIAL<br><br>Complaint Filed:   July 26, 2012<br><br>Trial Date:   September 22, 2014<br>Time:   9:00 AM<br>Courtroom:   5 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's counsel and staff be permitted to bring into the courtroom the following electronic equipment for use at trial:

1.  Three laptop computers;
2.  Projector;
3.  Document camera (Elmo); and
4.  Cables, surge protectors and extension cords.

Dated: September 18, 2014

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

FEDERAL EXPRESS CORP
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614
949-862-4558 (TEL)
949-862-4605 (FAX)

1078005 (60-14020)                                                                      5:12-cv-03945 PSG
[PROPOSED] ORDER PERMITTING DEFENDANT'S USE OF ELECTRONIC EQUIPMENT