STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

John R. Grele (SBN167080)
LAW OFFICE OF JOHN R. GRELE
1 Blackfield Dr., #158
Tiburon, California 94920
Telephone: (415) 888-8912
Facsimile:  (415) 484-7003

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE A. PRADO,<br><br>    Plaintiff,<br><br>    vs.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant. | *Case No. 5:12-cv-03945-PSG*<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFF'S USE OF ELECTRONIC EQUIPMENT AT TRIAL<br><br>Magistrate Judge Paul. S. Grewal<br><br>Complaint Filed:       July 26, 2012<br>Trial Date:           September 22, 2014 |

IT IS HEREBY ORDERED that Plaintiff's counsel and staff be permitted to bring into the courtroom the following electronic equipment for use at trial:

1. Laptop computers;
2. Projector;
3. iPad;
4. Elmo; and
5. Cables, surge protectors and extension cords.

DATED: September 19, 2014

_____
The Honorable Paul S. Grewal
United States Magistrate Judge