Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Joseph D. Sutton (SBN 269951)
Eric S. Trabucco (SBN 295473)
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, California 94612
Telephone:  (510) 832-9999
Facsimile:  (510) 832-1101

John R. Grele (SBN167080)
**LAW OFFICE OF JOHN R. GRELE**
1 Blackfield Dr., #158
Tiburon, California 94920
Telephone: (415) 888-8912
Facsimile:  (415) 484-7003

Attorneys for Jose Prado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOSE A. PRADO, | Case No. 5:12-cv-03945-PSG |
| Mr. Prado, | [proposed] **ORDER** |
| vs. | |
| FEDERAL EXPRESS CORPORATION, | Magistrate Judge Paul. S. Grewal |
| Defendant. | Date:   September 30, 2014<br>Time:   4:30 pm<br>Place:  Courtroom 5 |

This matter, having been considered by the Court, and for good cause shown,

IT IS HEREBY ORDERED that the custodian of records for Good Samaritan Hospital and Regional Medical Center, and its counsel, appear before this Court at 4:30 pm on September 30, 2014 and show cause why the custodians should not be held in contempt for failing to comply with subpoenas to produce records of Jose Prado served on them on September 19, 2014 by Plaintiff, Jose Prado.

///

///

1  IT IS SO ORDERED

3  Dated: 9/30/2014

5  _____
   Hon. Paul S. Grewal
6  United States Magistrate Judge