UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE A. PRADO, | ) | Case No. 5:12-cv-03945-PSG |
| Plaintiff, | ) ) | **[PROPOSED] VERDICT FORM** |
| v. | ) ) | |
| FEDERAL EXPRESS CORPORATION, | ) ) | |
| Defendant. | ) ) | |

# VERDICT FORM

**Part A.**    **AMERICANS WITH DISABILITY ACT ("ADA")**

**Failure to Accommodate Disability & Disability Discrimination**

1. Did Jose Prado have a disability?

   _____          _____
   Yes                No

2. Could Prado perform the job duties of a part-time-handler with reasonable accommodation?

   _____          _____
   Yes                No

3. Was Prado discharged from employment by Federal Express Corporation?

   _____          _____
   Yes                No

4. Was Prado's disability a substantial or motivating factor that prompted FedEx to discharge Prado?

   _____          _____
   Yes                No

If your answer to any or all of Questions 1, 2, 3, or 4, is "No," then please proceed to Part B. If your answer to Questions 1, 2, 3 and 4 is "Yes," proceed directly to Question 5.

5. What are Prado's damages?
   - Loss of wages and benefits to the date of trial:   $_____
   - Emotional pain and mental anguish:                 $_____
   - TOTAL:                                             $_____

Please proceed to Question 6.

6. Did a higher management official at FedEx act with malice or reckless indifference to Prado's federally protected rights?

   _____          _____
   Yes                No

2

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

7. Did FedEx fail to make a good faith attempt to comply with the law by failing to adopt policies and procedures designed to prohibit such discrimination in the workplace?

_____   _____
Yes   No

If your answer to Questions 6 or 7 or both is "No," then please proceed to Part B.  If your answer to Questions 6 and 7 is "Yes," proceed directly to Question 8.

8. What are Prado's punitive damages?   $_____

Please proceed to Part B.

**Part B.**   **FAIR EMPLOYMENT AND HOUSING ACT ("FEHA")**

**Failure to Accommodate**

9. Was FedEx an employer?

_____   _____
Yes   No

10. Was Prado an employee of FedEx?

_____   _____
Yes   No

If your answer to either Question 9 or 10, or both, is "No," then please proceed to Question 17.  If your answer to both Questions 9 and 10 is "Yes," proceed directly to Question 11.

11. Did Prado have a disability?

_____   _____
Yes   No

If your answer to Question 11 is "No," then please proceed to Question 17.  If your answer to Question 11 is "Yes," proceed directly to Question 12.

12. Did FedEx know of Prado's disability?

_____   _____
Yes   No

If your answer to Question 12 is "No," then please proceed to Question 17.  If your answer to Question 12 is "Yes," proceed directly to Question 13.

3

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

13. Was Prado able to perform the essential job duties with reasonable accommodation for his disability?

_____      _____
Yes                                  No

If your answer to Question 13 is "No," then please proceed to Question 17.  If your answer to Question 13 is "Yes," proceed directly to Question 14.

14. Did FedEx fail to provide reasonable accommodation for Prado's disability?

_____      _____
Yes                                  No

If your answer to Question 14 is "No," then please proceed to Question 17.  If your answer to Question 14 is "Yes," proceed directly to Question 15.

15. Was FedEx's failure to provide reasonable accommodation a substantial factor in causing harm to Prado?

_____      _____
Yes                                  No

If your answer to Question 15 is "No," then please proceed to Question 17.  If your answer to Question 15 is "Yes," proceed directly to Question 16.

16. What are Prado's damages (beyond any damages already awarded)?

    a. Past economic loss:

| | |
|---|---|
| Lost earnings: | $_____ |
| Medical expenses: | $_____ |
| Other past economic loss: | $_____ |
| Total Past Economic Damages: | $_____ |

    b. Future economic loss:

| | |
|---|---|
| Lost earnings: | $_____ |
| Medical expenses: | $_____ |
| Other past economic loss: | $_____ |
| Total Future Economic Damages: | $_____ |

    c. Past noneconomic loss, including physical pain/mental suffering:   $_____

4

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

        d. Future noneconomic loss, including
physical pain/mental suffering:    $_____

        TOTAL:    $_____

Please proceed to Question 17.

### Failure to Engage in the Interactive Process

17. Was FedEx an employer?

_____    _____
Yes    No

18. Was Prado an employee of FedEx?

_____    _____
Yes    No

If your answer to either Question 17 or 18, or both, is "No," then please proceed to Question 25.  If your answer to both Questions 17 and 18 is "Yes," proceed directly to Question 19.

19. Did Prado have a disability?

_____    _____
Yes    No

If your answer to Question 19 is "No," then please proceed to Question 25.  If your answer to Question 19 is "Yes," proceed directly to Question 20.

20. Did Prado request that FedEx make reasonable accommodation for his disability so that he would be able to perform the essential job requirements?

_____    _____
Yes    No

If your answer to Question 20 is "No," then please proceed to Question 25.  If your answer to Question 20 is "Yes," proceed directly to Question 21.

21. Was Prado willing to participate in an interactive process to determine whether reasonable accommodation could be made so that he would be able to perform the essential job requirements?

_____    _____
Yes    No

If your answer to Question 21 is "No," then please proceed to Question 25.  If your answer to Question 21 is "Yes," proceed directly to Question 22.

5

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

   22. Did FedEx fail to participate in a timely, good-faith interactive process with Prado to determine whether reasonable accommodation could be made?

   _____   _____
   Yes       No

If your answer to Question 22 is "No," then please proceed to Question 25.  If your answer to Question 22 is "Yes," proceed directly to Question 23.

   23. Was FedEx's failure to participate in a good-faith interactive process a substantial factor in causing harm to Prado?

   _____   _____
   Yes       No

If your answer to Question 23 is "No," then please proceed to Question 25.  If your answer to Question 23 is "Yes," proceed directly to Question 24.

   24. What are Prado's damages (beyond any damages already awarded)?

  a. Past economic loss:

   Lost earnings:        $_____

   Medical expenses:      $_____

   Other past economic loss:   $_____

   Total Past Economic Damages: $_____

  b. Future economic loss:

   Lost earnings:        $_____

   Medical expenses:      $_____

   Other past economic loss:   $_____

   Total Future Economic Damages: $_____

  c. Past noneconomic loss, including physical pain/mental suffering: $_____

  d. Future noneconomic loss, including physical pain/mental suffering: $_____

   TOTAL:      $_____

Please proceed to Question 25.

6

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

**United States District Court**
For the Northern District of California

**Wrongful Termination**

25. Was FedEx an employer?

_____        _____
Yes                             No

26. Was Prado an employee of FedEx?

_____        _____
Yes                             No

If your answer to either Question 25 or 26, or both, is "No," then please proceed to Question 31. If your answer to both Questions 25 and 26 is "Yes," proceed directly to Question 27.

27. Did FedEx fail to accommodate and ultimately discharge Prado?

_____        _____
Yes                             No

If your answer to Question 27 is "No," then please proceed to Question 31. If your answer to Question 27 is "Yes," proceed directly to Question 28.

28. Was Prado's disability a substantial motivating factor in FedEx's decision to terminate him?

_____        _____
Yes                             No

If your answer to Question 28 is "No," then please proceed to Question 31. If your answer to Question 28 is "Yes," proceed directly to Question 29.

29. Was FedEx's failure to provide an accommodation and subsequent discharge a substantial factor in causing harm to Prado?

_____        _____
Yes                             No

If your answer to Question 29 is "No," then please proceed to Question 31. If your answer to Question 29 is "Yes," proceed directly to Question 30.

30. What are Prado's damages (beyond any damages already awarded)?

a. Past economic loss:

| | |
|---|---|
| Lost earnings: | $_____ |
| Medical expenses: | $_____ |
| Other past economic loss: | $_____ |
| Total Past Economic Damages: | $_____ |

7

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

b. Future economic loss:

    Lost earnings: $_____

    Medical expenses: $_____

    Other past economic loss: $_____

    Total Future Economic Damages: $_____

c. Past noneconomic loss, including physical pain/mental suffering: $_____

d. Future noneconomic loss, including physical pain/mental suffering: $_____

TOTAL: $_____

Please proceed to Question 31.

**Harassment and Hostile Work Environment**

31. Was Prado an employee of FedEx?

_____ _____
Yes                        No

If your answer to Question 31 is "No," then please proceed to Question 40. If your answer to Question 31 is "Yes," proceed directly to Question 32.

32. Was Prado subjected to unwanted harassing conduct because of his disability?

_____ _____
Yes                        No

If your answer to Question 32 is "No," then please proceed to Question 40. If your answer to Question 32 is "Yes," proceed directly to Question 33.

33. Was the harassment severe or pervasive?

_____ _____
Yes                        No

If your answer to Question 33 is "No," then please proceed to Question 40. If your answer to Question 33 is "Yes," proceed directly to Question 34.

8

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

34. Would a reasonable disabled person in Prado's circumstances have considered the work environment to be hostile or abusive?

    _____        _____
    Yes             No

If your answer to Question 34 is "No," then please proceed to Question 40.  If your answer to Question 34 is "Yes," proceed directly to Question 35.

35. Did Prado consider the work environment to be hostile or abusive?

    _____        _____
    Yes             No

If your answer to Question 35 is "No," then please proceed to Question 40.  If your answer to Question 35 is "Yes," proceed directly to Question 36.

36. Did FedEx or its supervisors or agents know or should they have known of the harassing conduct?

    _____        _____
    Yes             No

If your answer to Question 36 is "No," then please proceed to Question 40.  If your answer to Question 36 is "Yes," proceed directly to Question 37.

37. Did FedEx or its supervisors or agents fail to take immediate and appropriate corrective action?

    _____        _____
    Yes             No

If your answer to Question 37 is "No," then please proceed to Question 40.  If your answer to Question 37 is "Yes," proceed directly to Question 38.

38. Was the harassing conduct a substantial factor in causing harm to Prado?

    _____        _____
    Yes             No

If your answer to Question 38 is "No," then please proceed to Question 40.  If your answer to Question 38 is "Yes," proceed directly to Question 39.

39. What are Prado's damages (beyond any damages already awarded)?

    a. Past economic loss:

        Lost earnings:        $_____

        Medical expenses:        $_____

        Other past economic loss:        $_____

9

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

        Total Past Economic Damages:    $_____

   b. Future economic loss:

      Lost earnings:    $_____

      Medical expenses:    $_____

      Other past economic loss:    $_____

      Total Future Economic Damages:    $_____

   c. Past noneconomic loss, including physical pain/mental suffering:    $_____

   d. Future noneconomic loss, including physical pain/mental suffering:    $_____

   TOTAL:    $_____

Please proceed to Question 40.

**Failure to Prevent Discrimination**

   40. Did FedEx fail to take all reasonable steps to prevent the harassment, discrimination and retaliation?

   _____    _____
   Yes               No

If your answer to Question 40 is "No," then please proceed to Part C.  If your answer to Question 40 is "Yes," proceed directly to Question 41.

   41. Was FedEx's failure to prevent the harassment, discrimination and retaliation a substantial factor in causing harm to Prado?

   _____    _____
   Yes               No

If your answer to Question 41 is "No," then please proceed to Part C.  If your answer to Question 41 is "Yes," proceed directly to Question 42.

   42. What are Prado's damages (beyond any damages already awarded)?

   a. Past economic loss:

      Lost earnings:    $_____

      Medical expenses:    $_____

      Other past economic loss:    $_____

      Total Past Economic Damages:  $_____

   b. Future economic loss:

    Lost earnings:       $_____

    Medical expenses:     $_____

    Other past economic loss:   $_____

    Total Future Economic Damages: $_____

   c. Past noneconomic loss, including
    physical pain/mental suffering:  $_____

   d. Future noneconomic loss, including
    physical pain/mental suffering:  $_____

  TOTAL:        $_____

Please proceed to Part C.

### Part C.  PUBLIC POLICY

**Discrimination in Violation of Public Policy**

  43. Was FedEx an employer?

  _____    _____
  Yes        No

If your answer to Question 43 is "No," then stop here, answer no further questions, and have the foreperson sign and date this form. If your answer to Question 43 is "Yes," proceed directly to Question 44.

  44. Was Prado discharged?

  _____    _____
  Yes        No

If your answer to Question 44 is "No," then stop here, answer no further questions, and have the foreperson sign and date this form. If your answer to Question 44 is "Yes," proceed directly to Question 45.

11

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

      45. Were Prado's disability, his request for an accommodation, and the fact that he filed complaints with the EEOC substantial motivating reasons for FedEx's decision to discharge him?

    _____        _____
    Yes                No

If your answer to Question 45 is "No," then stop here, answer no further questions, and have the foreperson sign and date this form. If your answer to Question 45 is "Yes," proceed directly to Question 46.

      46. Did the discharge cause Prado harm?

    _____        _____
    Yes                No

If your answer to Question 46 is "No," then stop here, answer no further questions, and have the foreperson sign and date this form. If your answer to Question 46 is "Yes," proceed directly to Question 47.

      47. What are Prado's damages (beyond any damages already awarded)?

    a. Past economic loss:

| | |
|---|---|
| Lost earnings: | $_____ |
| Medical expenses: | $_____ |
| Other past economic loss: | $_____ |
| Total Past Economic Damages: | $_____ |

    b. Future economic loss:

| | |
|---|---|
| Lost earnings: | $_____ |
| Medical expenses: | $_____ |
| Other past economic loss: | $_____ |
| Total Future Economic Damages: | $_____ |

    c. Past noneconomic loss, including physical pain/mental suffering:    $_____

    d. Future noneconomic loss, including physical pain/mental suffering:    $_____

    TOTAL:                           $_____

Case No. 5:12-cv-03945-PSG
[PROPOSED] VERDICT FORM

**United States District Court**
For the Northern District of California

Please have the foreperson sign and date this form.

Dated: _____

_____
PRESIDING JUROR

After this verdict form has been signed and dated, notify the court that you are ready to present your verdict in the courtroom.

**IT IS SO ORDERED.**

Dated: September 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge